# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**352**

**CA 11-01885**

PRESENT: CENTRA, J.P., FAHEY, LINDLEY, SCONIERS, AND MARTOCHE, JJ.

---

EKLECCO NEWCO, LLC, PLAINTIFF-APPELLANT,

                    V                              MEMORANDUM AND ORDER

Q OF PALISADES, LLC, DOING BUSINESS AS QDOBA
MEXICAN GRILL, AND ROBERT A. LYON,
DEFENDANTS-RESPONDENTS.
(APPEAL NO. 2.)

---

YOUNG/SOMMER LLC, ALBANY (J. MICHAEL NAUGHTON OF COUNSEL), FOR
PLAINTIFF-APPELLANT.

HISCOCK & BARCLAY, LLP, SYRACUSE (W. COOK ALCIATI OF COUNSEL), FOR
DEFENDANTS-RESPONDENTS.

---

        Appeal from an order of the Supreme Court, Onondaga County (John
C. Cherundolo, A.J.), entered September 12, 2011 in a breach of
contract action.  The order, among other things, denied plaintiff's
motion for leave to reargue and/or renew.

        It is hereby ORDERED that said appeal from the order insofar as
it denied leave to reargue is unanimously dismissed and the order is
otherwise affirmed without costs.

        Same Memorandum as in *Eklecco Newco, LLC v Q of Palisades,
LLC* ([appeal No. 1] ___ AD3d ___ [Mar. 16, 2012]).

Entered:  March 16, 2012                      Frances E. Cafarell
                                              Clerk of the Court